THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALLAS HOAGLAND, | |
| Plaintiff, | |
| v. | No. C12-05750-RBL |
| SOCIAL SECURITY ADMINISTRATION, | ORDER DISMISSING CASE WITH PREJUDICE |
| Defendant. | |

The Court has reviewed the Joint Motion of Dallas Hoagland ("Ms. Hoagland") and Defendant Social Security Administration (the "Agency"), which was filed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and which seeks an Order implementing a settlement the Parties have reached under which this case would be dismissed with prejudice, and settles Ms. Hoagland's claims for her attorney's fees and other litigation costs incurred in this case.

The Court, upon review of the Motion and the other pleadings in this case, has determined that the proposed settlement is fair and reasonable and in the interests of justice.

ORDER DISMISSING CASE WITH PREJUDICE- 1
C12-5750-RBL

Accordingly, it is HEREBY ORDERED, ADJUGED AND DECREED THAT:

1) This case shall be, and hereby is, dismissed with prejudice; and

2) The Social Security Administration, having produced the name of the Administrative Law Judge requested under the Freedom of Information Act, shall pay Dallas Hoagland one thousand dollars ($1000.00) for her attorney's fees and other litigation costs incurred in this action, under 5 U.S.C. § 552(a)(3)(E)(ii)(II); and

3) Each party shall otherwise be responsible for their own costs and attorney's fees.

Signed this 6th day of December, 2012.

_____
Ronald B. Leighton
United States District Judge

Respectfully submitted by:

| | |
|---|---|
| *s/Peter Winn* | *s/Jeanette Laffoon* |
| PETER A. WINN | JEANETTE LAFFOON |
| Assistant U.S. Attorney | Maddox & Laffoon, P.S. |
| 700 Stewart Street, Suite 5220 | 410-A South Capitol Way |
| Seattle, WA 98101-1271 | Olympia, WA 98501 |
| Telephone: (206) 553-4985 | (360) 786-8276 |
| Email: peter.winn@usdoj.gov | jeanettelaffoon@gmail.com |
| Attorneys for Defendant Social Security Administration | Attorney for Plaintiff Dallas Hoagland |

ORDER DISMISSING CASE WITH PREJUDICE- 2
C12-5750-RBL